671 A.2d 1042

IN THE MATTER OF ROBERT A. BRAUN, AN ATTORNEY AT LAW.

March 4, 1996.

### ORDER

**ROBERT A. BRAUN** of **PHILADELPHIA, PENNSYLVANIA,** who was admitted to the bar of this State in 1984, having pleaded guilty to income tax evasion, in violation of 26 *U.S.C.A.* § 7201, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **ROBERT A. BRAUN** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further order of this Court; and it is further

ORDERED that **ROBERT A. BRAUN** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **ROBERT A. BRAUN** comply with *Rule* 1:20–20 dealing with suspended attorneys.